JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RONALD DAVE RENTERIA,<br><br>　　　　Petitioner,<br><br>　v.<br><br>PATRICK COVELLO, Warden,<br><br>　　　　Respondent. | Case No. CV 19-1437 RGK (SS)<br><br><br>**JUDGMENT** |

　　IT IS HEREBY ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED: March 08, 2019

　　　　　　　　　　　　　　　／s／ Gary Klausner
　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　R. GARY KLAUSNER
　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE